ACCEPTED
05-16-01494-cr
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/27/2018 4:10 PM
LISA MATZ
CLERK

**GEORGE R. CONKEY**
**ATTORNEY AT LAW**
**4347 W. NORTHWEST HWY.**
**SUITE 130, #132**
**DALLAS, TEXAS 75220**
**(214) 358-4494**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

03/27/2018 4:10:47 PM

LISA MATZ
Clerk

March 27, 2018

Sent via e-file

Lisa Matz, Clerk of the Court
Court of Appeals
Fifth District of Texas at Dallas
George L. Allen Sr. Courts Building
600 Commerce St., Second Floor
Dallas, Texas 75202-4658

Re:  No. 05-16-01494-CR
     Trial Court No. F15-75578-R
     Jermaine John Scott v. The State of Texas

Dear Madam Clerk:

     This letter is to certify pursuant to Rule 48.4 that I sent notification to the above defendant by certified mail return receipt requested at his last known address of his right to file a pro se petition for discretionary review under Rule 68 on March 8, 2018.  Attached please find copy of the letter and return receipt.

                         Yours very truly,

                         /s/ George R. Conkey
                         GEORGE R. CONKEY

Enclosure: Return Receipt, letter.